# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL IVY**  **PLAINTIFF**
**ADC #660278**

v.   No: 4:21-cv-00138-LPR-PSH

**TURN KEY HEALTH SERVICES,** *et al.*   **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Michael Ivy filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on February 23, 2021 (Doc. No. 1). In the Court's initial order for *pro se* prisoner plaintiffs ("Initial Order"), Ivy was notified he must comply with Local Rule 5.5(c)(2), which provides that if any communication from the Court is not responded to within thirty days, the case may be dismissed without prejudice (Doc. No. 2). The

Court also instructed Ivy to return a completed *in forma pauperis* ("IFP") application, including an accompanying affidavit and jail account information sheet, or pay the $402.00 filing and administrative fees within 30 days. *See* Doc. No. 2. Ivy was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed since the Court's Initial Order was mailed to Ivy on February 24, 2021, and Ivy has not complied or otherwise responded to the order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Ivy's complaint (Doc. No. 1) be dismissed without prejudice.

DATED this 4th day of May, 2021.

_____
UNITED STATES MAGISTRATE JUDGE