IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL IVY**  **PLAINTIFF**
**ADC #660278**

v. No: 4:21-cv-00138-LPR

**TURN KEY HEALTH SERVICES,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Michael Ivy's Complaint is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of May 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE